UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                                    Case No. 1:18-cr-167-06

v.                                                              HONORABLE PAUL L. MALONEY

YVETTE SHEREE BROWN,

                    Defendant.
_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Ray Kent in this action (ECF No. 637).  The Report and Recommendation was

duly served on the parties, and no objection has been made thereto within the time required by

law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge is approved and

adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the

charges set forth in Count One of the Indictment.

3.      The written plea agreement is hereby continued under advisement pending

sentencing.


Dated:  May 10, 2019                                       /s/ Paul L. Maloney_____
                                                          Paul L. Maloney
                                                          United States District Judge